UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

LEE HUNTER THOMAS and  Case No. 3:13-bk-04838-JAF
VIRGINIA R THOMAS

Chapter 13

_____ Debtors   /

## **MOTION TO DISMISS**

COMES NOW the Trustee and moves the Court to dismiss the above captioned case on the grounds that the Debtors have failed to make interim payments as ordered by the Court or required by Section 1326 (a)(1) of the Bankruptcy Code. The amount necessary to bring this account current is **$336.00**.

Respectfully submitted this 14th day of March, 2014.

CERTIFICATE OF SERVICE
I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on March 14, 2014 on the Debtors and the Debtors' attorney.

/s/ Douglas W. Neway
_____
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038